**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1354**

---

WARREN A. TAYLOR,

                                    Plaintiff - Appellant,

        versus

STATE OF GEORGIA; UNIVERSITY HOSPITAL,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter  J.  Messitte, District Judge.
(CA-05-315-PJM)

---

Submitted:  May 25, 2005            Decided:  June 8, 2005

---

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Warren A. Taylor, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Warren A. Taylor seeks to appeal the district court's order transferring his consolidated civil action to the United States District Court for the Southern District of Georgia pursuant to 28 U.S.C. § 1406(a) (2000). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Taylor seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See In re Carefirst of Md., Inc., 305 F.3d 253, 257 (4th Cir. 2002). Accordingly, we deny leave to proceed in forma pauperis, deny as moot Taylor's motions for a statement in lieu of transcript, to submit the case on the brief, to expedite his appeal, and for a stay of the judgment pending appeal, and we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED